BRINKLIT REALTY CORPORATION, Appellant, v. ACCORD REALTY Co., INC., and Others, Respondents. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Surety, Appellant. (Appeal No. 2.) — Order granting motion to assess damages sustained by reason of injunction, reversed upon the law and the facts, without costs, and motion denied, without costs, without prejudice, however, to respondents to seek the same relief in the event that they prevail upon the trial. The disposition of the appeal in *Brinklit Realty Corporation* v. *Accord Realty Co., Inc., No. 1* (*ante*, p. ——), decided herewith, requires this reversal. Hagarty, Carswell, Scudder and Tompkins, JJ., concur; Lazansky, P. J., dissents.

CELRIP CORPORATION, Appellant, v. BONSITE BUILDING AND DEVELOPMENT CORPORATION and Others, Respondents, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

TONY DAROS, Respondent, v. CHARLES L. CRAIG, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.